**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6426

EVERETTE ATKINSON,

Petitioner – Appellant,

v.

DARLENE DREW,

Respondent – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  Terry L. Wooten, District Judge.
(9:09-cv-03219-TLW)

Submitted:  September 30, 2010          Decided:  October 8, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Everette Atkinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Everette Atkinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Atkinson's 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Atkinson v. Drew, No. 9:09-cv-03219-TLW (D.S.C. Mar. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED